UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

     - v. -

DEAN JONES,
    a/k/a "Korrupt,"

              Defendant.

- - - - - - - - - - - - - - - - - - x

**ORIGINAL**

INDICTMENT

**15 CRIM 152**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **MAR 11 2015**

### COUNT ONE

The Grand Jury charges:

1. On or about December 21, 2012, in the Southern District of New York, DEAN JONES, a/k/a "Korrupt," the defendant, unlawfully did commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and did thereby obstruct, delay and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, JONES participated in the armed robbery of a restaurant in the vicinity of 1708 University Avenue in the Bronx, New York, and aided and abetted the same.

(Title 18, United States Code, Sections 1951(a) and 2.)

### COUNT TWO

The Grand Jury further charges:

2. On or about December 21, 2012, in the Southern District of New York, DEAN JONES, a/k/a "Korrupt," the defendant, during and in relation to a crime of violence for which he may be

prosecuted in a court of the United States, namely, the Hobbs Act robbery charged in Count One of this Indictment, knowingly did use and carry a firearm, and, in furtherance of such offense, knowingly did possess a firearm, which was discharged, and aided and abetted the same.

(Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.)

_____  
FOREPERSON

_____  
PREET BHARARA  
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DEAN JONES,
a/k/a "Korrupt,"

Defendant.

INDICTMENT

15 Cr.     (    )

(18 U.S.C. §§ 924(c)(1)(A)(iii), 1951, and 2.)

PREET BHARARA
United States Attorney.

**A TRUE BILL**

Foreperson.

3/11/15 - Filed Indictment.
ac
Case assigned to Judy Broderick
Judy Travies
USMJ