# EXHIBIT B

Identifiler

# Forensic Statistic Comparison Report

v2.5

FB#1: FB13-04342     FB#2: FBS14-00378     Item: glove_T     Comparison: Dean Jones    DNA Template Amount (pg): 166     Input By: CSC\wingwong

Hp: Dean Jones (Comparison) + 2 Unknowns     Hd: 3 Unknowns     Deducible: No

## Profiles

| | Profile | D8S1179 | D21S11 | D7S820 | CSF1PO | D3S1358 | TH01 | D13S317 | D16S539 | D2S1338 | D19S433 | vWA | TPOX | D18S51 | D5S818 | FGA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dean Jones (Comparison) | | 13,15 | 27,27 | 9,12 | 8,12 | 14,17 | 6,9 | 12,12 | 11,13 | 20,21 | 13,13 | 15,17 | 7,9 | 15,20 | 12,13 | 22,26 |
| Evidence | 1 | 11, 12, 13, 14, 15, 16 | 27, 29, 30, 31, 32 | 9, 10, 11, 12 | 11, 12 | 14, 15, 16, 17 | 6, 7, 8, 9, 9.3 | 11, 12, 13, 14 | 9, 10, 11, 12, 13 | 20, 21 | 13, 14, 15 | 14, 15, 17, 18 | 7, 9 | 20 | 11, 12, 13 | 23, 26 |
| | 2 | 12, 13, 14, 15 | 27, 28, 29, 30, 31, 32 | 8, 9, 10, 12 | 12 | 14, 15, 16, 17, 18 | 7, 9, 9.3 | 12, 13, 14 | 10, 11, 12, 13 | 21 | 13 | 15, 17 | 9 | 17 | 11, 12, 13 | |
| | 3 | | | | | | | | | | | | | | | |

## Comparison Result

| | Asian | Black | Caucasian | Hispanic |
|---|---|---|---|---|
| Likelihood Ratio | 2.95e+06 | 1.34e+03 | 8.34e+04 | 1.02e+05 |



