# EXHIBIT F

## PRESENTATIONS ON FST BY THE NYC OCME

**February 2015.** "Forensic Statistics at the OCME", 67th Annual Meeting of the American Academy of Forensic Sciences. Orlando, FL.

**October 2014.** "Mixture Interpretation: A Casework Perspective", 43rd Annual Meeting of the Midwestern Association of Forensic Scientists. St. Paul, MN.

**May 2014.** "Probabilistic Genotyping: The Use of the Forensic Statistical Tool (FST)", National Institute of Standards and Technology (NIST) DNA Analyst Webinar Series: Probabilistic Genotyping and Software Programs, New York, NY.

**August 2012.** "*Strategies to Incorporate Empirical Data to Estimate Drop-out and Drop-in Rates for Likelihood Ratio Calculations using the Forensic Statistical Tool*", 6th European Academy of Forensic Science Conference, Den Haag, The Netherlands.

**June 2012**. "*Introduction to Likelihood Ratio for Forensic Mixtures*", "*Empirical Estimation of Drop-out and Drop-in Rates*", and "*OCME Experience, Methods, and Practice*", Copenhagen Forensic Genetic Summer School., Copenhagen, Denmark.

**August 2011**. "*Interpretation of Complex STR Results*", Preconference workshop at 24th International Forensic Genetics Congress, Vienna, Austria.

**August 2011**. "*Likelihood Ratio Statistics for DNA Mixtures Allowing for Drop-out and Drop-in*", 24th International Forensic Genetics Congress, Vienna, Austria.

**June 2011.** "*Estimating the number of contributors to two-, three-, and four-person mixtures containing DNA in high template and low template amounts*", 7th ISABS Conference in Forensic Genetics and Molecular Anthropology. Bol, Croatia.

**April 2011**. "*LT-DNA Testing: From Laboratory to Courtroom*", Legal Aid Society Continuing Education Lecture, Brooklyn, NY.

**April 2011**. "*Introduction to NYC OCME Forensic Statistical Tool (FST)",* Manhattan District Attorney Continuing Education Lecture, New York, NY.

**February 2011.** "*Likelihood ratio statistics for DNA mixtures allowing for drop-out*" 64th Annual Meeting of the American Academy of Forensic Sciences. Chicago, IL.

**October 2010. "***The Low Template DNA Workshop"* 21st International Symposium on Human Identification, San Antonio, Texas.

**April 2010**. "*Mixture Analysis Using Probability of Inclusion and Likelihood Ratios*", MidAmerica Forensic DNA Conference, Columbia, MO.

**February 2010**. "*Weight of Evidence for DNA Profiles from Degraded Samples, Low Template Samples, and Mixtures*" 63rd Annual Meeting of the American Academy of Forensic Sciences. Seattle, WA.

**November 2009.** "*Towards incorporating stochastic effects into statistical calculations for forensic casework.*" Northeastern Association of Forensic Scientists 35th Annual Meeting, Long Branch, NJ.

**June 2009.** "*Evaluating Dropout and Drop-in Rates for Statistical analysis of Compromised Samples.*" 6th ISABS Conference in Forensic Genetics and Molecular Anthropology, Split, Croatia.

**May 2009**. "*Weight of Evidence for Forensic DNA Profiles from Touched Items*", Emory University School of Medicine, Department of Human Genetics seminar series, Atlanta, GA.