UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
V.
DEAN JONES            CASE NO: 1:15-CR-153-1
     DEFENDANT

DEFENDANT MR. JONES PRO-SE MOTIONING THE COURT TO APPOINT HIM WITH COUNSEL FROM THE FEDERAL PUBLIC DEFENDER OFFICE TO REPRESENT HIM IN CHANGE OF LAW'S AND NEWLY DISCOVERY EVIDENCE'S PROTAINING TO HIS CASE 924(c)(iii)

MR. JONES HAS BEEN WRITING TO HIS PRIOR COURT APPOINTED COUNSEL SINCE 2020 AND RECEIVED NO RESPONSE, HE ALSO WRITTEN TO THE CLERK OF THIS COURT IN RESPECT REQUESTING THAT THE CLERK FORWARD HIS LETTER TO HIS ONCE APPOINTED FEDERAL PUBLIC DEFENDER AND HE HAVE STILL NOT RECEIVED A RETURN LETTER FROM HIS ONCE APPOINTED COUNSEL (OR) FROM THE FEDERAL PUBLIC DEFENDER'S OFFICE.

AT THIS PRESENT TIME MR. JONES IS UNABLE TO PAY FOR LEGAL COUNSEL "SEE UNITED STATES V. REES.

(1)

IT IS VERY IMPORTANT SITING HAINES V. KERNER, THE NEEDS TO BE AWARE MR. JONES IS PRO-SE MOTIONING THE COURT TO APPOINT HIM WITH COUNSEL, SO IN THE COURT'S RULING, THE COURT NEEDS TO HOLD DEFENDANT WHO IS MR. JONES TO A LESS STRINGETH/STROCK STANDARDS OF THE LAWYERS ARE HELD TOO, BECAUSE HE IS NOT AN ATTORNEY.

IN FAIRNESS AND IN RESPECT TO THE HONORABLE COURT MR. JONES IS ASKING THAT THE COURT GRANT HIS MOTION TO APPOINT HIM COUNSEL THAT WILL BEST PREPARE HIS MOTION 924(C) SEEKING RELIEF BEFORE THE COURT. THANK YOU, BE BLESS.

RESPECTFULLY SUBMITTED
DEAN JONES #60318-054
Dean Jones
USP HAZELTON
P.O. BOX 2000
BRUCETON MILLS, WV. 26525

DATES:

**APPLICATION DENIED**
**SO ORDERED** /s/ Vernon Broderick
VERNON S. BRODERICK
U.S.D.J.   08/25/22

On October 15, 2019, Defendant filed a similar request for counsel to file a motion to dismiss his 924(c) conviction. (Doc. 661.) At that time, I ordered Defendant's attorney, Irving Cohen, to submit a response to Defendant's request. (Doc. 662.) On November 21, 2019, Mr. Cohen filed a letter with the Court explaining that he would not be filing a motion because the Supreme Court's recent decision in United States v. Davis, 139 S. Ct. 2319 (2019) does not apply to Defendant's 924(c) conviction. (Doc. 663.) I agree. Defendant's 924(c) conviction related to his conviction of a substantive Hobbs Act robbery, which is a crime of violence and not subject to Davis. See United States v. Walker, 789 Fed. Appx. 241 (2019); United States v. Hill, 890 F.3d 51, 53 (2d Cir. 2018). Therefore, I will not appoint Defendant new counsel to file a futile motion. The Clerk of Court is respectfully directed to mail Defendant a copy of this Order, Doc. 661, Doc. 662, and Doc. 663.

Dean Jones #60318-054
U.S.P Hazelton
P.O Box 2000
Bruceton Mills, WV 26525

2022 AUG 19 AM 10:19

USM418
SDNY

District Court Clerk's office
Southern District of New York
40 Foley Square
New York, New York 10007

PITTSBURGH PA 150
15 AUG 2022 PM 2 L